UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NATIONAL INDEMNITY COMPANY, :
: CIVIL ACTION
                        Petitioner, : NO. 15 cv 3975
:
- v - :
: **Rule 7.1 Corporate Disclosure**
IRB BRASIL RESSEGUROS S.A., : **Statement**
:
                        Respondent. :
------------------------------------------------------------x

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1.1, National Indemnity Company ("NICO"), by its undersigned counsel, states as follows:

       National Indemnity Company is a wholly owned subsidiary of OBH LLC, which is a wholly owned subsidiary of Berkshire Hathaway Inc., a publicly traded corporation.

DATED: May 22, 2015
             New York, New York

                                                     Respectfully submitted,
                                                   CLYDE & CO US LLP

                                 By: _____
                                                   Michael A. Knoerzer
                                                   michael.knoerzer@clydeco.us
                                                   Stephen M. Kennedy
                                                    stephen.kennedy@clydeco.us
                                                   Gregory S. Hoffnagle
                                                   gregory.hoffnagle@clydeco.us
                                                   The Chrysler Building
                                                   405 Lexington Avenue, 16th Floor
                                                   New York, NY 10174
                                                   Telephone: (212) 710-3900

                                                   *Attorneys for National Indemnity Company*