UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NATIONAL INDEMNITY COMPANY,
                            Petitioner,

          -against-

IRB BRASIL RESSEGUROS S.A.,
                            Respondent.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/15/2016

15 **CIVIL** 3975 (NRB)

**JUDGMENT**

      This case arises out of a series of contentious arbitrations over a seven-year period between National Indemnity Company ("NICO") and IRB Brasil Resseguros S.A. ("IRB"), pertaining to Nico's alleged obligation to reinsure losses suffered by a Brazilian company in Brazil; the arbitration tribunal, composed of two party-appointed arbitrators and one neutral umpire, issued three awards in Nico's favor, one in each January, April, and May of 2015; Nico having petitioner the Court to confirm the awards; IRB having cross-petitioned the Court to vacate the awards, contending: first, that the umpires revelation of his concurrent service in another arbitration and his subsequent refusal to withdraw in this case constitutes "evident partiality"; and second, that the arbitration tribunal lacked the power to issue its second and third awards, and the matter having been brought before the Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on March 10, 2016, having issued its Memorandum and Order granting Nico's consolidated petition to confirm the arbitration panel's three awards, denying IRB's cross-petition to vacate the awards, and directing the Clerk of the Court to close this case, in addition, because the three related actions (15 civ. 1165 (NRB), 15 civ 2939 (NRB), and 15 cv 3310 (NRB) are duplicative, of this one, directing the Clerk to close those cases, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 10, 2016, Nico's consolidated petition to confirm the

arbitration panel's three awards is granted, and the IRB's cross-petition to vacate the awards is denied; accordingly, this case is closed, in addition, because the three related actions (15 civ. 1165 (NRB), 15 civ 2939 (NRB), and 15 cv 3310 (NRB) are duplicative, of this one, those cases are closed.

**Dated:** New York, New York
March 15, 2016

RUBY J. KRAJICK
Clerk of Court
BY:
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____